JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY MORENO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RESOURCE SYSTEMS, INC.; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-8660-SVW-PD<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT UNITED RESOURCE SYSTEMS, INC. WITH PREJUDICE** |

1  Plaintiff Brittany Moreno and Defendant United Resource Systems, Inc. filed
2  a stipulation to dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Good cause
3  appearing, the Court **GRANTS** the stipulation and **DISMISSES** United Resource
4  Systems, Inc. with prejudice.  Each party is to bear their own attorney's fees and costs.

6  **IT IS SO ORDERED.**

8  Dated: March 8, 2024

_____
Honorable Stephen V. Wilson
United States District Judge

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127

1
STIPULATION

# CERTIFICATE OF SERVICE

I certify that on March 6, 2024, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: March 6, 2024

                                          By:  */s/ Brett B. Goodman*
                                                Brett B. Goodman

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127